# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS GALLAGHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC. et al.,<br><br>Defendants. | Case No: 1:17-cv-12288-GAO |
| DYLAN CARAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC. et al.,<br><br>Defendants. | Case No: 1:17-CV-12146-GAO |
| SHAWNA KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC. et al.,<br><br>Defendants. | Case No: No.: 1:17-CV-12286-GAO |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTING BRIEFING SCHEDULE**

William L. Stephens, Kavita Mehta, and Oleg Tkalych (collectively, the "Ocular Investor Group"), Khaled Ramadan ("Ramadan," and together with the Ocular Investor Group, "Co-Lead Plaintiff Movants") and Ocular Therapeutix, Inc., Amarpreet Sawhney, George Migausky, Andrew Hurley, and Eric Ankerud ("Defendants," and together with Co-Lead Plaintiff Movants,

the "Parties"), by and through their respective counsel, jointly submit this stipulation and [proposed] order regarding the schedule for Co-Lead Plaintiff Movants' filing of a consolidated amended complaint in the above-captioned actions, for Defendants to answer or otherwise plead, and for any motion to dismiss briefing.

WHEREAS, a class action complaint for violations of the federal securities laws captioned *Gallagher v. Ocular Therapeutix, Inc. et al.*, Case No. 1:17-cv-12288-GAO (the "*Gallagher* Action") is pending in this Court;

WHEREAS, a class action complaint for violations of the federal securities laws captioned *Caraker v. Ocular Therapeutix, Inc. et al*, Case No. 1:17-cv-12146-GAO (the "*Caraker* Action") is pending in this Court;

WHEREAS, a class action complaint for violations of the federal securities laws captioned *Kim v. Ocular Therapeutix, Inc. et al.*, Case No. 1:17-cv-12286-GAO (the "*Kim* Action") is pending in this Court (*Gallagher*, *Caraker*, and *Kim* are collectively referred to as the "Related Actions");

WHEREAS, on January 12, 2018, the Co-Lead Plaintiff Movants filed a motion seeking Co-Lead Plaintiff status and consolidation of the Related Actions (ECF No. 45);

WHEREAS, on January 24, 2018, Defendants responded to Co-Lead Plaintiff Movants' January 12, 2018 motion by (i) consenting to the consolidation of the Related Actions, and (ii) stating that they take no position on the Co-Lead Plaintiff Movants' request for appointment as co-lead plaintiffs and for approval of the Co-Lead Plaintiff Movants' selection of lead counsel (ECF No. 50);

WHEREAS, subject to the Court's approval, the Parties have agreed to the below schedule for the filing of a consolidated complaint and for Defendants response(s) thereto;

NOW THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate and agree, subject to this Court's approval, as follows:

1. A consolidated amended complaint ("CAC") shall be filed within sixty (60) days following the entry of an order appointing Lead Plaintiffs and Lead Counsel;

2. Defendants shall answer, move or otherwise respond to the CAC within sixty (60) days of the filing of the CAC; and

3. If Defendants file a motion to dismiss the CAC, Lead Plaintiffs shall oppose the motion to dismiss within sixty (60) days of the filing of the motion to dismiss; and

4. Defendants shall file any reply to Lead Plaintiffs' opposition within thirty (30) days of the filing of the opposition.

Dated: February 16, 2018

**ANDREWS DEVALERIO LLP**

*s/ Daryl Andrews*
Glen DeValerio (BBO #122010)
Daryl Andrews (BBO #658523)
265 Franklin Street, Suite 1702
Boston, MA 02110
(617) 936-2796
glen@andrewsdevalerio.com
daryl@andrewsdevalerio.com

*Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**

*s/ Kara M. Wolke*
Robert V. Prongay (admitted *pro hac vice*)
Kara M. Wolke (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Counsel for Khaled Ramadan and Proposed Co-Lead Counsel for the Class*

|  |  |
|---|---|
|  | **POMERANTZ LLP** |
|  | *s/ Austin P. Van*<br>Jeremy A. Lieberman (admitted *pro hac vice*)<br>Austin P. Van (admitted *pro hac vice*)<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com |
|  | *Counsel for William L. Stephens, Kavita Mehta, and Oleg Tkalych and Proposed Co-Lead Counsel for the Class* |
| Dated: February 16, 2018 | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>*s/ Peter J. Kolovos*<br>Michael G. Bongiorno (BBO # 558748)<br>Peter J. Kolovos (BBO #632984)<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>michael.bongiorno@wilmerhale.com<br>peter.kolovos@wilmerhale.com |
|  | *Counsel for Defendants Ocular Therapeutix, Inc., Amarpreet Sawhney, George Migausky, Andrew Hurley, and Eric Ankerud* |

**SO ORDERED.**

Dated: _____, 2018

_____
Honorable George A. O'Toole
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on February 16, 2018.

> */s/ Daryl Andrews*
> Daryl Andrews