# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS GALLAGHER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC., *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-12288-GAO |
| DYLAN CARAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC., *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-12146-GAO |
| SHAWNA KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OCULAR THERAPEUTIX, INC., *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-12286-GAO |

## ASSENTED-TO MOTION TO RESCHEDULE STATUS CONFERENCE

Defendants Ocular Therapeutix, Inc., Amarpreet Sawhney, George Migausky, Andrew

Hurley, and Eric Ankerud (collectively, "Defendants") hereby move to reschedule the status

conference that is currently set for February 27, 2018 in the three above-captioned cases ("Related

Actions").  As grounds for this motion, Defendants state that lead counsel has a conflict and is

therefore unavailable to attend the status conference on the scheduled date.  Defendants have

conferred with counsel for William L. Stephens, Kavita Mehta, and Oleg Tkalych (collectively, the

"Ocular Investor Group"), Khaled Ramadan ("Ramadan," and together with the Ocular Investor

Group, "Co-Lead Plaintiff Movants"), and advise the Court that counsel for all parties are available to

attend a status conference on any the following dates:  February 28, 2018, March 1, 2018, March 2,

2018, March 7, 2018, and March 8, 2018.

WHEREFORE, Defendants respectfully request that the Court reschedule the status

conference in these Related Actions to February 28, 2018, March 1, 2018, March 2, 2018, March 7,

2018, or March 8, 2018, or such other date that is convenient for the Court and counsel.


Dated: February 16, 2018

Respectfully submitted,

/s/ Michael G. Bongiorno
Michael G. Bongiorno (BBO # 558748)
Peter J. Kolovos (BBO #632984)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
peter.kolovos@wilmerhale.com

*Counsel for Defendants*

**RULE 7.1(A)(2) CERTIFICATE**

I hereby certify that I have conferred with counsel for the Co-Lead Plaintiff Movants in the

Related Actions, who assent to the relief sought in this motion.

*/s/* Michael G. Bongiorno
Michael G. Bongiorno

**CERTIFICATE OF SERVICE**

I certify that on February 16, 2018, I served a true and correct copy of the foregoing Assented

to Motion to Reschedule Status Conference using the CM/ECF system, which will send notification

of such filing to counsel of record for all parties.

/s/ Michael G. Bongiorno
Michael G. Bongiorno