# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE OCULAR THERAPEUTIX, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Case No. 1:17-cv-12288-GAO<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND REQUEST FOR ORAL ARGUMENT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), the Securities Exchange Act of 1934, and the Private Securities Litigation Reform Act of 1995, Defendants hereby move to dismiss all claims against them.  The grounds for this motion, which are explained in detail in the accompanying Memorandum of Law and the Declaration of Peter J. Kolovos in support thereof, include that the Consolidated Amended Class Action Complaint fails to state a claim as a matter of law and fails to meet the governing pleading standards.

WHEREFORE, for these reasons and the reasons set forth in the accompanying Memorandum of Law and Declaration in support thereof, Defendants respectfully request that the Court:

1. Enter an order dismissing with prejudice all claims against Defendants;

2. Award Defendants their reasonable attorneys' fees and expenses; and

3. Award any other relief that is fair and just.

## **REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request an oral argument pursuant to Local Rule 7.1(d). Defendants make this request because they believe that oral argument may assist the Court's consideration of this Motion and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

                                                  Respectfully Submitted,

Dated: July 6, 2018

                                            */s/ Peter J. Kolovos*
Michael G. Bongiorno (BBO #558748)
Peter J. Kolovos (BBO #632984)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com
peter.kolovos@wilmerhale.com

*Counsel for Defendants*

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I hereby certify that I have conferred with counsel for the Plaintiffs, who did not assent to the relief sought in this Motion.

*/s/ Peter J. Kolovos*
Peter J. Kolovos

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the participants of the ECF system in the above-captioned matter on July 6, 2018.

Dated:  July 6, 2018

*/s/ Peter J. Kolovos*
Peter J. Kolovos