UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE OCULAR THERAPEUTIX, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Case No. 1:17-cv-12288-GAO |

### DECLARATION OF PETER J. KOLOVOS

I, Peter J. Kolovos, hereby declare under penalty of perjury as follows:

1. I am a partner with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants in the above-captioned action. I am a member in good standing of the bars of the Commonwealth of Massachusetts and of this Court. I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Annual Report (Form 10-K) of Ocular Therapeutix, Inc. ("Ocular") for FY 2015, filed with the U.S. Securities and Exchange Commission ("SEC") on March 10, 2016.

3. Attached hereto as **Exhibit B** is a true and correct copy of a press release issued by Ocular on July 25, 2016.

4. Attached hereto as **Exhibit C** is a true and correct copy of a Current Report (Form 8-K) filed by Ocular with the SEC on August 9, 2016.

5.     Attached hereto as **Exhibit D** is a true and correct copy of the transcript of Ocular's Q1 2017 earnings call, held on May 5, 2017.

6.     Attached hereto as **Exhibit E** is a true and correct copy of the version of the Form 483 issued by the U.S. Food and Drug Administration to Ocular on May 4, 2017 that was linked in the July 6, 2017 Seeking Alpha article entitled "Ocular: A Poke In The Eye."

7.     Attached hereto as **Exhibit F** is a true and correct copy of Ocular's Quarterly Report (Form 10-Q) for Q1 2017, filed with the SEC on May 5, 2017.

8.     Attached hereto as **Exhibit G** is a true and correct copy of the transcript of Ocular's Q3 2016 earnings call, held on November 9, 2016.

9.     Attached hereto as **Exhibit H** is a true and accurate copy of Ocular's Annual Report (Form 10-K) for FY 2016, filed with the SEC on March 10, 2017.

10.    Attached hereto as **Exhibit I** is a true and correct copy of a Current Report (Form 8-K) filed by Ocular with the SEC on April 12, 2017.

11.    Attached hereto as **Exhibit J** is a true and correct copy of Dr. Sawhney's Statement of Changes in Beneficial Ownership (Form 4) filed with the SEC on June 10, 2016.

12.    Attached hereto as **Exhibit K** is a true and correct copy of Dr. Sawhney's Statement of Changes in Beneficial Ownership (Form 4) filed with the SEC on December 16, 2016.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Boston, Massachusetts, this 6th day of July, 2018.

                                                */s/ Peter J. Kolovos*
                                                Peter J. Kolovos

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the participants of the ECF system in the above-captioned matter on July 6, 2018.

Dated:  July 6, 2018

>*/s/ Peter J. Kolovos*
>Peter J. Kolovos