**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE OCULAR THERAPEUTIX, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Case No. 1:17-cv-12288-GAO |

## DECLARATION OF PETER J. KOLOVOS

I, Peter J. Kolovos, hereby declare under penalty of perjury as follows:

1. I am a partner with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants in the above-captioned action. I am a member in good standing of the bars of the Commonwealth of Massachusetts and of this Court. I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of the Reply Memorandum submitted by the Defendants in further support of their Motion to Dismiss the Consolidated Amended Class Action Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of the version of the Form 483 issued by the U.S. Food and Drug Administration to Ocular Therapeutix, Inc. on February 11, 2016 that was linked in the July 6, 2017 Seeking Alpha article entitled "Ocular: A Poke In The Eye."

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Boston, Massachusetts, this 4th day of October, 2018.

>/s/ Peter J. Kolovos
> Peter J. Kolovos

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on the participants of the ECF system in the above-captioned matter on October 4, 2018.

Dated:  October 4, 2018

                                        */s/ Peter J. Kolovos*
                                        Peter J. Kolovos