UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE OCULAR THERAPEUTIX, INC. SECURITIES LITIGATION | * * * * * Civil Action No. 1:17-cv-12288-GAO * * * * |

ORDER OF DISMISSAL

April 30, 2019

O'Toole D.J.

In accordance with the Court's Order dated April 30, 2019 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

/s/ Taylor Halley_____
Deputy Clerk